UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Bernadette Thomas,<br><br>                    Plaintiff,<br>v.<br><br>Law Offices of Ross Gelfand ; and DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.:  2:13-cv-00922-WJM-MF |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 8, 2013

                                                    Respectfully submitted,

                                                    By: /s/ Sofia Balile

                                                    Sofia Balile, Esq.
                                                    Lemberg & Associates LLC
                                                    1100 Summer Street
                                                    Stamford, CT 06905
                                                    Phone: (917) 981-0849
                                                    Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 8, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By /s/ Sofia Balile

                                        Sofia Balile