```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
BERNADETTE THOMAS,

        Plaintiff,                  2:13-cv-0922WJM

v.
                                    ORDER OF DISMISSAL
LAW OFFICES OF ROSS GELFAND,
and DOES 1-10, Inclusive,

        Defendants.
-----------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 25th day of April, 2013

ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                                    s/William J. Martini
                                    _____
                                    WILLIAM J. MARTINI, U.S.D.J.